UNITED STATES DISTRICT COURT  JS6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-03943-RGK-BFM | Date | May 31, 2024 |
|---|---|---|---|
| Title | *Araceli Litman v. AEG Holdco, LLC et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Remanding Action to State Court**

On April 3, 2024, Araceli Litman ("Plaintiff") filed a Complaint against AEG Holdco, LLC and McLarens, LLC (collectively, "Defendants") in Los Angeles County Superior Court alleging wrongful termination and violations of state wage and hour laws. Defendants removed the action to this Court on the basis of diversity jurisdiction. (ECF No. 1.) After reviewing the notice of removal, the Court issued an Order to Show Cause as to whether the amount in controversy requirement was met. (ECF No. 9.) Defendants have filed their Response. (ECF No. 10.)

After considering the Response, the Court finds that Defendants have failed to satisfy their burden of establishing the jurisdictional minimum for the amount in controversy. Defendants argue that, assuming trial will not begin before August 15, 2024, the potential damages for alleged lost wages will exceed $75,000. While such an assumption is not outside the realm of possibilities, the Court declines to speculate as to what might happen in this case and when trial might begin.

Defendants do not dispute that currently the alleged lost wages do not exceed $75,000. Nor do Defendants offer any evidence to support the other forms of damages. Thus, Defendants have not proven the amount in controversy by a preponderance of the evidence.

Although Defendants ask for permission to conduct jurisdiction discovery, Defendants do not identify what relevant facts they expect to discover or how those facts would show the amount in controversy is satisfied. The Court therefore declines Defendants' request.

Accordingly, the Court **REMANDS** this action to state court for all further proceedings.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/dc |

cc: LASC, 24STCV08341